**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**JIAN DONG MAI, Defendant—
Appellant.**

**No. 09–50474.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 8, 2011.

Terrence Mann, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Vicki Marolt Buchanan, Esquire, Sonoma, CA, for Defendant–Appellant.

Jian Dong Mai, pro se.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jian Dong Mai appeals from the 46–month sentence imposed following his guilty-plea conviction for distribution of and possession with intent to distribute ketamine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(D). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mai's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.